No. 26-50345

CHARLES TERRENCE BRUFF,
Plaintiff-Appellant,

v.

USAA EDUCATIONAL ASSISTANCE PLAN, et al.,
Defendants-Appellees.

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division
Case No. 5:26-CV-01720-XR

**APPELLANT'S MOTION FOR LEAVE TO REGISTER
AS AN ECF FILING USER**

Plaintiff-Appellant Charles Terrence Bruff, appearing pro se, respectfully moves this Court for leave to register as an Electronic Case Filing (ECF) user in the above-captioned appeal pursuant to the Fifth Circuit's CM/ECF Administrative Procedures governing electronic filing by pro se parties.

**1.     Procedural Background.** This appeal was docketed by the Fifth Circuit on April 29, 2026 and assigned Case No. 26-50345. The district court case number is 5:26-CV-01720-XR (W.D. Tex.). The interlocutory Notice of Appeal was filed in the district court on April 23, 2026 (Doc. 26). A Supplemental Notice of Appeal was filed May 20, 2026 to add additional orders entered after the original notice. Appellant notes that no entry reflecting the Fifth Circuit docketing or case number assignment appears on the district court docket as of the date of this filing.

**2.     Nature of the Appeal.** This appeal involves time-sensitive procedural issues concerning the status of Appellant's disability benefits under ERISA, the validity of district court text orders entered without findings of fact or conclusions of law in violation of Federal Rule of Civil Procedure 52(a)(2), and accommodation issues under applicable disability access frameworks. The interlocutory nature of this appeal and the volume of filings required to maintain the appellate record make electronic filing necessary to ensure timely and efficient progression of this case.

**3.     ECF Proficiency.** Appellant is proficient in the use of the district court's CM/ECF system and has filed all documents in the district court electronically throughout this litigation. Appellant is familiar with the ECF filing protocols and understands the obligations that accompany electronic filing privileges.

**4.     Disability Necessity.** Appellant has Autism Spectrum Disorder (ASD) and Cerebral Palsy (CP), both documented in the district court record and in this pending appeal, and both found disabling by the Social Security Administration. Appellant relies on the structured, written, and immediate nature of the CM/ECF system to ensure meaningful participation in this proceeding.

Manual or postal filing presents specific functional barriers: the physical demands of printing, assembling, and mailing paper documents create difficulty due to CP affecting fine motor function, and the organizational and deadline-tracking demands of paper-based filing create difficulty due to executive function impairments associated with ASD. Electronic filing through CM/ECF mitigates both barriers and is necessary for Appellant to participate meaningfully in this appeal.

**5.     Barriers to Manual Filing in Practice.** The functional barriers to manual filing are not theoretical. Appellant relies on speech dictation as his primary input method due to CP affecting fine motor function. When transmitting correspondence outside of a structured electronic filing system, speech dictation errors can affect critical fields — including email addresses — in ways that are not always immediately apparent, particularly given the executive function demands of ASD. A speech dictation error in the recipient email address caused the initial transmission of filings to the Court to be directed to an incorrect address, resulting in delay and requiring re-transmission. A structured ECF system with validated address fields eliminates this class of error. Manual filing processes do not.

**6.     Basis for This Motion.** Appellant understands that a Court order is required to authorize the Clerk to approve a non-attorney ECF registration, and that the Fifth Circuit's CM/ECF Administrative Procedures govern electronic filing by pro se parties. At the district court level, the PACER Service Center required a court order before authorizing Appellant's ECF registration. Appellant followed the same procedure here and respectfully requests that the Court issue an equivalent order.

For the foregoing reasons, Appellant respectfully requests that this Court:

> 1.     Issue an order granting Appellant leave to register as an ECF Filing User in Case No. 26-50345;
>
> 2.     Direct the Clerk's Office to advise Appellant via reply email when registration is approved and when it is appropriate to submit the PACER registration request, so that Appellant can complete the process without delay; and
>
> 3.     Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Charles T. Bruff

Charles Terrence Bruff
Plaintiff-Appellant, Pro Se
4835 Medical Drive #29643
San Antonio, Texas 78229
(318) 452-8978
cbruff13@outlook.com
Date: June 15, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, a true and correct copy of the foregoing Motion was served upon counsel of record for all Defendants-Appellees by email at the following addresses:

Counsel for Lincoln National Life Insurance Company:

Iwana Rademaekers, Esq. | iwana@rademaekerslaw.com

Sandy Acker | sandy@rademaekerslaw.com

Sandy Acker | sandy.acker@sprouselaw.com

Counsel and Docketing Staff for USAA Defendants:

Brian Aslin, Esq. | brian.aslin@jacksonlewis.com

Ana Sanchez | ana.sanchez@jacksonlewis.com

Crystal Aranda-Alvidrez | Crystal.Aranda-Alvidrez@jacksonlewis.com

Austin Docketing | Austindocketing@jacksonlewis.com

/s/ Charles T. Bruff

Charles Terrence Bruff