# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 18, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 26-50345     Bruff v. USAA
                      USDC No. 5:26-CV-1720


The court has granted the motion for leave to file electronically as a pro se party in this case.


In light of the court granting your motion to proceed as a pro se filer in this case only, if you do not already have full electronic filing access you must follow the instructions at http://www.ca5.uscourts.gov/docs/prosefiler.pdf

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Rebecca L. Jeanfreau, Deputy Clerk
                         504-310-7645

Mr. Charles T. Bruff
Ms. Iwana Rademaekers