# United States Court of Appeals
# for the Fifth Circuit

---

No. 26-50345

---

CHARLES T. BRUFF,

*Plaintiff—Appellant*,

*versus*

USAA EDUCATIONAL ASSISTANCE PLAN; LINCOLN NATIONAL
LIFE INSURANCE COMPANY; USAA HEALTH AND WELFARE
BENEFITS PLAN,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:26-CV-1720

---

United States Court of Appeals
Fifth Circuit
**FILED**
June 24, 2026

Lyle W. Cayce
Clerk

ORDER:

IT IS ORDERED that Appellant's motion to waive PACER fees during this appeal for matters relevant to this case only is GRANTED.

DANA M. DOUGLAS
*United States Circuit Judge*