# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 06, 2026

Mr. Charles T. Bruff
98 Mclennan Oak
San Antonio, TX 78240

    No. 26-50345    Bruff v. USAA
                  USDC No. 5:26-CV-1720

Dear Mr. Bruff,

Your motion does not contain a certificate of conference, pursuant to 5th Cir. R. 27.4.

Your motion does not contain a certificate of compliance, pursuant to Fed. R. App. P. 32(g)(1) and 27(d)(2)(A).

If you are an electronic filer, file a "Corrected Motion".   The deadline for filing a corrected motion is July 13, 2026.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Rebecca L. Jeanfreau, Deputy Clerk
                504-310-7645

cc:
    Ms. Iwana Rademaekers