## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**CHARLES TERRENCE BRUFF,**

Plaintiff-Appellant,

v.

**USAA HEALTH AND WELFARE BENEFITS PLAN, USAA EDUCATIONAL ASSISTANCE PLAN, UNITED STATES AUTOMOBILE ASSOCIATION, AND LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

Defendants-Appellees.

**Appeal No. 26-50345**

D.C. Docket No. 5:26-CV-01720-XR (W.D. Tex.)

### PLAINTIFF-APPELLANT'S NOTICE OF FILING OMITTED EXHIBIT

Plaintiff-Appellant Charles Terrence Bruff respectfully notifies the Court that Exhibit EBSA-1 — Law Offices of Iwana Rademaekers, P.C., Response to EBSA Request for Information and Documents, July 9, 2026 (EBSA File No. 202622-04268) — was inadvertently omitted from Plaintiff's Reply in Support of Emergency Motion for Injunction Pending Appeal, filed July 21, 2026. Plaintiff files Exhibit EBSA-1 herewith.

The Reply brief references Exhibit EBSA-1 at multiple points, including the exhibit notice on page 1, the Introduction, and Section IV, in support of Plaintiff's argument that Lincoln made the same factual omissions to the Fifth Circuit that it made to the Employee Benefits Security Administration. No other correction to the Reply is required.

Respectfully submitted,

Charles Terrence Bruff
Plaintiff-Appellant, Pro Se
Dated: July 21, 2026

### CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2026, I filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit and served a copy on counsel for Appellees via the Court's electronic filing system.

2

/s/ Charles Bruff
Charles Terrence Bruff
Plaintiff-Appellant, Pro Se