# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 22, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 26-50345   Bruff v. USAA
                    USDC No. 5:26-CV-1720

The court has granted the motion to file a reply in excess length.
Your document has been filed and submitted to the court.

       Sincerely,

       LYLE W. CAYCE, Clerk

       By: _____
       Rebecca L. Jeanfreau, Deputy Clerk
       504-310-7645

Mr. Charles T. Bruff
Ms. Iwana Rademaekers