# United States Court of Appeals for the Fifth Circuit

---

No. 26-50345

---

United States Court of Appeals
Fifth Circuit

**FILED**

July 24, 2026

Lyle W. Cayce
Clerk

Charles T. Bruff,

*Plaintiff—Appellant*,

*versus*

USAA Educational Assistance Plan; Lincoln National Life Insurance Company; USAA Health and Welfare Benefits Plan,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:26-CV-1720

---

## UNPUBLISHED ORDER

Before Smith, Southwick, and Douglas, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's motion for injunction pending appeal is DENIED.