# Follow up on vocational rehab email sent July 19.

**From:** Terrence Bruff tbruff15@gmail.com
**To:** Corporan, Kristianne kristianne.corporan@lfg.com
**Date:** Mon, Aug 24, 2026, 7:20 PM

Hi Kristianne,

I wanted to follow up on something Ms. Rademaekers sent me on August 24th. She told me I need to put together a Rehabilitation Program myself and submit it to you in order to be considered for the Rehabilitation Incentive Benefit.

This is actually the exact same question I already asked you on July 19th, in Item 34 of my documentation request. I asked whether Lincoln has any written guidance, forms, templates, or procedural requirements for what a Rehabilitation Program submission is supposed to look like, what information needs to be included, how it should be organized, who to send it to, and how long Lincoln takes to evaluate it. I never got an answer to that, or to Items 35 and 36 in that same email.

I want to go back further too, because this isn't the first time I've asked. Back in December 2025, Lincoln referred me for vocational rehab. A counselor, Aleysia Chambers, was assigned to me, and she sent me a referral letter on January 27th. The letter said she was the one who was going to develop an individualized vocational plan for me, not the other way around. Then on January 28th she closed my referral and sent me directly to the State of Texas Vocational Rehabilitation Services. If I was supposed to be the one putting together a Rehabilitation Program back then, nobody told me that. That's the original reason I asked for guidelines in the first place, starting December 17, 2025 — so I wouldn't end up in exactly the spot I'm in now, being asked to do something with no idea what Lincoln actually wants.

So based on what I was told to do, can you send me Lincoln's actual guidelines for the Rehabilitation Incentive Benefit and for vocational rehab in general? I still need what I asked for in Items 34 through 36 on July 19th:

- What format the plan is supposed to be in
- How long it needs to be
- What it needs to cover
- How much funding I'd actually be working with

- Whatever guidelines Lincoln's own vocational rehab employees use internally to review and approve a plan like this, so I know how it's actually going to be judged

Otherwise I'm just guessing at what you want.

For context, when I got Louisiana Rehabilitation Services funding during undergrad, I sat down with a vocational counselor and we built the plan together. That's a lot closer to what Lincoln already had me doing with Aleysia back in January than what I'm being asked to do now.

Right now it seems like there are two different versions of this process. There's the one that actually happened, with Aleysia as my counselor who originally denied me, and there's the one Ms. Rademaekers described, where I'm supposed to put something together on my own with nothing attached explaining how it's supposed to work.

When you originally referred me to vocational rehab, you never told me that I needed to be the one to put together a plan. I asked you specifically if there was a booklet or anything you could give me on how the process worked and I never got anything. Now I'm being told I need to put together an entire vocational rehab plan on my own and submit it to Lincoln for approval but I still haven't been given any guidelines or format documents or prior approved plans or anything that would actually tell me how to do that.

Until I actually have Lincoln's guidelines and maybe an example of what an approved plan looks like, I don't think it's possible for me to do what Ms. Rademaekers is asking. I also don't know if what she's asking me to do is the proper process because the original process actually produced a Lincoln Financial letter on letterhead. This new process is just a random email from Lincoln's third-party attorney telling me I need to put together some sort of official plan with nothing attached and no justification. I just don't have enough information. I already got denied once without ever being told what was expected of me, or why and I don't want that to happen again.

Get Outlook for iOS

---