# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 28, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-50345 Bruff v. USAA
USDC No. 5:26-CV-1720

The court has denied appellant's motion for leave to file documents.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca Jeanfreau
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Mr. Charles T. Bruff
Ms. Iwana Rademaekers