**NO. 26-50345**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

**CHARLES BRUFF,**

**Plaintiff - Appellant,**

**vs.**

**USAA EDUCATIONAL ASSISTANCE PLAN; LINCOLN NATIONAL LIFE INSURANCE COMPANY; USAA HEALTH AND WELFARE BENEFITS PLAN,**

**Defendants - Appellees.**

---

**On Appeal from the United States District Court**
**For the Western District of Texas**
**C.A. No. 5:26-CV-01720**

---

# DEFENDANTS-APPELLEES USAA EDUCATIONAL ASSISTANCE PLAN AND USAA HEALTH AND WELFARE BENEFITS PLAN'S MOTION TO JOIN AND ADOPT THE RESPONSE APPEAL BRIEF OF DEFENDANT-APPELLEE THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

---

James C. Goodfellow, Jr.
JACKSON LEWIS P.C.
150 N. Michigan Ave., Suite 2500
Chicago, IL 60601
Tel: 312.803.2507
James.Goodfellow@jacksonlewis.com

*Counsel for Defendants-Appellees USAA Educational Assistance Plan, and the USAA Health and Welfare Benefits Plan*

**MOTION TO JOIN AND ADOPT THE RESPONSE APPEAL BRIEF OF DEFENDANT-APPELLEE THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW Defendants-Appellees USAA Educational Assistance Plan and USAA Health and Welfare Benefits Plan (together referred to as "USAA Appellees"), through their undersigned attorney, and respectfully state and pray:

1. Defendant-Appellee The Lincoln National Life Insurance Company ("Lincoln") has on this day filed its Response Appeal Brief to Appellant Charles Bruff's ("Appellant") Opening Appeal Brief. *See* Dkt. 53-1.

2. Pursuant to Rules 27 and 28(i) of the Federal Rules of Appellate Procedure, the USAA Appellees request that they be allowed to join and adopt Lincoln's Response Appeal Brief ("Lincoln's Response") as if filed on their own behalf.[1]

[1] Although not named in this interlocutory appeal, the undersigned represents the following Defendants in the District Court proceedings: USAA Educational Assistance Plan, USAA Health and Welfare Benefits Plan, and United States Automobile Association. To the extent that any response is required from any of these Defendants, they adopt Lincoln's Response as their own.

3. Good cause for the requested relief exists because all parties agree that Defendant-Appellee Lincoln, as the claims administrator for Defendant-Appellee the USAA Health and Welfare Benefits Plan, has the sole discretionary authority to, and was tasked with, making all the decisions with respect to the long term disability ("LTD") benefits at issue in this lawsuit.

4. Parties further agree that Lincoln fully insured Defendant-Appellee the USAA Health and Welfare Benefits Plan, which Appellant at times participated in.[2]

5. Moreover, there are no issues with this Appeal regarding any of the other USAA defendants named below. Indeed, all of Appellant's claims involving his entitlement under the USAA Health and Welfare Benefits Plan are alleged against Lincoln only. Consequently, the facts and arguments presented in Lincoln's Response are equally applicable to the USAA Appellees. To the extent that any response is required from the USAA Health and Welfare Benefits Plan, it adopts Lincoln's Response as its own.

6. By joining and adopting Lincoln's Response as their own, the USAA Appellees avoid submitting duplicative facts and argument, thereby conserving judicial resources.

[2] To the extent that Appellant is entitled to any LTD benefits under the USAA Health and Welfare Benefits Plan, Lincoln will be the entity responsible to address the benefits due and owing as a result of this lawsuit.

WHEREFORE Defendants-Appellees USAA Educational Assistance Plan and USAA Health and Welfare Benefits Plan respectfully request that this Honorable Court grant this request to join and adopt Lincoln's Response.

Respectfully submitted,

/s/ *James C. Goodfellow, Jr.*
James C. Goodfellow, Jr.
JACKSON LEWIS P.C.
150 N. Michigan Ave. Suite 2500
Chicago, IL 60601
Tel: 312.803.2507
James.Goodfellow@jacksonlewis.com

*Counsel for Defendants-Appellees USAA Educational Assistance Plan, and the USAA Health and Welfare Benefits Plan*

## CERTIFICATE OF COMPLIANCE

Counsel for Defendants-Appellees USAA Educational Assistance Plan and USAA Health and Welfare Benefits Plan certify in accordance with Federal Rules of Appellate Procedure Rule 27(d)(2) that this Motion contains 612 words as calculated by the word count function of Microsoft Word.

/s/ *James C. Goodfellow, Jr.*
*Counsel for Defendants-Appellees USAA Educational Assistance Plan, and the USAA Health and Welfare Benefits Plan*

## CERTIFICATE OF SERVICE

I certify that on September 2, 2026, I electronically filed the foregoing Motion with the Clerk of this Court by using the CM/ECF system, which will send electronic notice of such filing to counsel of record for all parties.

/s/ *James C. Goodfellow, Jr.*
*Counsel for Defendants-Appellees USAA Educational Assistance Plan, and the USAA Health and Welfare Benefits Plan*