# United States Court of Appeals for the Fifth Circuit

No. 26-50345

United States Court of Appeals
Fifth Circuit
**FILED**
September 16, 2026
Lyle W. Cayce
Clerk

Charles T. Bruff,

*Plaintiff—Appellant*,

*versus*

USAA Educational Assistance Plan; Lincoln National Life Insurance Company; USAA Health and Welfare Benefits Plan,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:26-CV-1720

ORDER:

IT IS ORDERED that the motion of Appellees USAA Educational Assistance Plan and USAA Health and Welfare Benefits Plan to adopt the brief of Appellee Lincoln National Life Insurance Company is GRANTED.

IT IS FURTHER ORDERED that Appellant's motion to strike the brief of Appellee Lincoln National Life Insurance Company is DENIED.

IT IS FURTHER ORDERED that Appellant's motion to deny all Appellees leave to file briefs in place of the stricken brief is DENIED AS MOOT.

IT IS FURTHER ORDERED that Appellant's motion to deny Appellees USAA Educational Assistance Plan and USAA Health and Welfare Benefits Plan leave to file brief out of time is DENIED AS MOOT.

IT IS FURTHER ORDERED that Appellant's motion to toll the deadline to file a reply brief is DENIED.

Dana M. Douglas
*United States Circuit Judge*