# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 29, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-50345 Bruff v. USAA
USDC No. 5:26-CV-1720

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

Lisa E. Ferrara

By: ______________________________
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Charles T. Bruff
Mr. James Charles Goodfellow Jr.
Ms. Iwana Rademaekers